THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAYLORED TRANSLOAD, LLC, a Delaware limited liability company, <br><br> Defendant. | NO.   2:23-cv-01601-RSM <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, Ballew, Leahy & Holland, L.L.P., that the Plaintiff's lawsuit was served on the Defendant on November 16, 2023, that Defendant has until December 7, 2023 to appear and respond to its lawsuit due December 7, 2023, and that the Plaintiff is requesting a 30-day extension, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..January 2, 2024

Initial Disclosures Pursuant to FRCP 26(a)…….. January 10, 2024

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16……………………………………….. January 17, 2024

DATED this 14th day of December, 2023.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Presented for Entry by:

By:  ___/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
Reid, Ballew, Leahy & Holland, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Email:  tom@rmbllaw.com
Attorneys for Plaintiff